

| | Corporate Office | Southern Region Office |
|---|---|---|
| | Health Net of Arizona, Inc. | Health Net of Arizona, Inc. |
| | 1230 W. Washington Street, Suite 400 | 950 N. Finance Center Drive |
| | Tempe, Arizona 85281-1245 | Tucson, Arizona 85710-1362 |
| | Phone 602.794.1400 | Phone 800.289.2818 |
| | Phone 800.289.2818 | |
| | www.health.net | www.health.net |

January 23, 2004

Kenneth Moeller
9296 N. Eagle Dancer Dr.
Tucson, AZ 85741


Re:     Kenneth Moeller
Group:  0A5317/Hecker, Phillips, & Zeeb, PLLC
Case:   56580

Dear Mr. Moeller.

Health Net of Arizona submitted to the Arizona Department of Insurance (ADOI) your request for authorization of knee arthrotomy with autologous cultured chondrocyte implantation for review and determination. The review has been completed and the following decision issued.

Health Net's Member Inquiry Department received a recommendation from the ADOI, which states in part; "...Pursuant to A.R.S. § 20-2537 (G) Peer Review Analysis, MCMC, has upheld the denial for the ACI procedure...The IRO has determined that the ACI procedure is investigational, and Mr. Moeller's coverage excludes procedures that are experimental or investigational." Based on the ADOI's determination we are upholding the initial denial of your request.

Having received a decision from an independent external review entity, the appeals process for your request is now concluded.

Sincerely,

Sharon Furtney
Grievance and Appeals Specialist
Health Net Member Inquiry Department
s/
c:      Arizona Department of Insurance
        Elise Bartlette, Health Care Appeals Manager
        Life and Health Division
        2910 N. 44th Street #210
        Phoenix, AZ 85018-7257

        Dr. William Grana
        575 E. River Rd.
        Tucson, AZ 85704

        Dr. Jon Nisbet
        3395 N. Campbell Ave.
        Tucson, AZ 85719

Health Net Medical Policy Advisory Group Policy Statement

3/03

# Autologous Chondrocyte Implantation (ACI)

## Policy Statement

Autologous chondrocyte implantation is approved for Health Net beneficiaries.

### Indications

Based on current literature and documentation, the National Medical Directory Advisory Group has concluded that autologous chondrocyte implantation is approved for all of the following:

A. Patient 13 to 60 years (if over 60, evaluate biological conditions of knee to rule out degenerative joint disease)

B. Clinically significant symptomatic (for example, pain, swelling, locking, catching, or grinding) full thickness cartilaginous defects caused by acute or repetitive trauma, in patients who have had in a knee injury, acute or chronic, that is unresponsive to physical therapy and conservative treatment (for example, debridement and lavage)

C. Arthroscopy of articular surfaces of the knee joint, with a defect size greater than 1.5 $cm^2$

D. Injury has been unresponsive to previous interventions (for example, debridement, arthroplasty, subchondral drilling, microfracture, or physical therapy)

E. Surgery performed by a surgeon who has completed Genzyme Tissue Repair's surgeon training program

### Exclusions

(Not applicable to this document.)

### Precautions

The use of autologous cultured chondrocytes is contraindicated for patients with:

A. Known history of anaphylaxis to Gentamicin

B. Known sensitivity to materials of bovine origin

C. Grossly overweight condition (body mass index score of more than 30) that could cause excessive weight bearing to the repaired cartilage

D. Presence of inflammatory disease:
   1. Osteoarthritis of the knee:
      a. If appearance is mild and localized, then ACI may be considered
      b. If moderate and diffuse, then ACI is not recommended (moderate and diffuse osteoarthritis is generally defined by the presence of joint space narrowing, osteophytes, changes in underlying bone, on a standing x-ray)
   2. Rheumatoid arthritis

E. Presence of a lesion greater than grade III on the opposing surface of the defect. This would involve the tibial surface for femoral condyle lesions and the patellar surface for trochlear lesions

F. Chondrocalcinosis

G. Poorly contained lesion

H. Joint instability repair or reconstruction of the damaged ligament(s). Typically the anterior cruciate ligament) should be performed with the ACI procedure. If the anterior cruciate ligament is done prior to ACI, then ACI must follow this repair by at least four to five weeks. Patient needs range of motion, full extension and quadriceps strength prior to ACI

I. Improper alignment (using long standing x-rays, if plum line falls through the compartment where the lesion is located, unloading osteotomy needs to be performed)

J. Total meniscectomy (at least one-third of the posterior meniscal rim must be intact. With a total meniscectomy, a meniscal allograft can be performed concomitantly.)

## Documentation Requirements

## Definitions

(Not applicable to this document.)

## Description

Hyaline cartilage is a highly resilient viscoelastic material that covers the articular surface of joints and plays an important role in decreasing friction and mechanical load. When this cartilage is damaged, pain, swelling, and disabling joint dysfunction can result. Available therapies for managing cartilage defects (for example, debridement, arthroplasty, subchondral drilling, and microfracture) are not always effective and any benefit may not be long lasting. Unsuccessfully treated cartilage damage can lead to progressive degenerative changes, which may eventually necessitate total joint replacement.

When a full thickness cartilage injury occurs, the articular surface does not usually regenerate on its own. The injury often becomes more severe, as even small defects create friction, which causes the size of the defect to increase. These articular lesions can lead to severe pain and result in joint dysfunction and reduced mobility.

Autologous chondrocyte implantation (ACI) involves the removal, culture, and return of the patient's own cartilage cells or chondrocytes, which promotes healing of chondral defects in the knee. Healthy cartilage is harvested via biopsy from a minor load-bearing area of the femur. The cartilage is prepared for culturing by mincing and washing in a buffered solution and placement, for 15 hours, in a medium containing digestive enzymes. The cells are then filtered, washed, resuspended in culture medium containing autologous serum, and seeded in culture flasks where they are cultivated for 11 to 21 days. Prior to re-implantation, cartilage cells are suspended by treatment with trypsin, centrifugation, and washing in a medium containing autologous serum. This process yields approximately 12 million cartilage cells, which are injected (implanted) via arthrotomy into the defect in the knee.

The Food and Drug Administration (FDA) approved Carticel® Service (a service of the Genzyme Corporation, and currently the sole provider of autologous chondrocytes for implantation), on August 25, 1997, for "repair of clinically significant, symptomatic cartilaginous defects of the femoral condyle (medial, lateral, or trochlear) caused by acute or repetitive trauma."

## Line of Business

This policy applies to:

| | | | | | |
|---|---|---|---|---|---|
| HMO | X | POS | X | PPO | X |
| Medi-Cal / Medicaid | X | Medicare HMO | X | Medicare POS | X |

## Prior Authorization

To access prior authorization requirements, click here.

## Coding Instructions

The following codes apply to this document.

CPT 2003

ICD-9-CM 2003

HCPCS 2003

## Attachments

(Not applicable to this document.)

## Review History

| | |
|---|---|
| Implementation date: | September 1997 |
| First review date: | May 1999 |
| Second review date: | May 2000 |
| Third review date: | April 2001 |
| Fourth review date: | June 2002 |
| Fourth review date: | March 2003 |

## Subject Matter Consultant

National Medical Director Advisory Group

## References

Brittberg, M., et al. "Autologous Chondrocytes Used for Articular Cartilage Repair: An Update." *Clinical Orthopedics.* October 2001; 391(Suppl):S337-48.

Brittberg, M., et al. "Treatment of Deep Cartilage Defects in the Knee with Autologous Chondrocyte Transplantation." *New England Journal of Medicine.* October 6, 1994; 331(14):889-895.

Erggelet, C., et al. "Autologous Chondrocyte Transplantation for Treatment of Cartilage Defects of the Knee Joint. Clinical Results." *Zentralblatt Fur Chirurgie.* 2000;125(6):516-22.

Food and Drug Administration. Product License Approval Letter. http://www.fda.gov. Accessed November 26, 2002.

Food and Drug Administration. Summary for Basis of Approval. http://www.fda.gov. Accessed November 26, 2002.

Fu, F., et al. "A Controlled Study of Autologous Chondrocyte Implantation Versus Debridement for Full-Thickness Articular Cartilage Lesions of the Femur Results at Three Years." American Academy of Orthopaedic Surgeons 2001 Annual Meeting. February 28 - March 4, 2001.

Giannini, S., et al. "Autologous Chondrocyte Transplantation in Osteochondral Lesions of the Ankle Joint in Young Active Patients." American Academy of Orthopaedic Surgeons 2001 Annual Meeting. February 28 - March 4, 2001.

Gilbert, JE. "Current Treatment Options for the Restoration of Articular Cartilage." *American Journal of Knee Surgery.* Winter 1598; 11(1):42-46.

Gillogly, S., Voight M., Blackburn, T. "Treatment of Articular Cartilage Defects of the Knee With Autologous Chondrocyte Implantation." *The Journal of Sports Physical Therapy.* October 1998; 28(4):241-252.

Hayes Directory. "Autologous Chondrocyte Transplantation." AUTO1 102.11. November 1, 2002.

Lindahl, A. "Health Economics Benefits Following Autologous Chondrocyte Transplantation for Patients with Focal Chondral Lesions of the Knee." *Knee Surgery, Sports Traumatology Arthroscopy.* November 2001; 9(6):358-63.

Mandelbaum, B., et al. "Full-Thickness Articular Cartilage Defects of the Trochlea: Management with Autologous Chondrocyte Implantation." American Academy of Orthopaedic Surgeons Annual Meeting 2002. February 13-17, 2002.

Mandelbaum, B. "Three Year Multi-Center Outcome of Autologous Chondrocyte Implantation of the Knee." American Academy of Orthopaedic Surgeons 2000 Annual Meeting. March 15 - 19, 2000.

Mandelbaum, B., et al. "Four Year Multicenter Outcome of Autologous Chondrocyte Implantation of the Knee." American Academy of Orthopaedic Surgeons 2001 Annual Meeting. February 28 - March 4, 2001.

Micheli, L. J. et al. "Autologous Chondrocyte Implantation of the Knee: Multicenter Experience and Minimum 3-Year Follow-Up." *Clinical Journal of Sports Medicine*. October 2001; 11(4):223-8.

Minas, T. "Autologous Chondrocyte Implantation for Focal Chondral Defects of the Knee." *Clinical Orthopaedics and Related Research*. October 2001; 391(Suppl):S349-61.

Minas, T. "Chondrocyte Implantation in the Repair of Chondral Lesions of the Knee: Economics and Quality of Life." *American Journal of Orthopedics*. November 1998; 27(11):734-744.

Minas, T. "Current Concepts in the Treatment of Articular Cartilage Defects." *Orthopedics*. June 1997;20(6):525-38.

Newman, AP. "Articular Cartilage Repair." *American Journal of Sports Medicine*. March / April 1998; 26 (2):309-324.

Peterson, L., et al. "Two- to- Nine Year Outcome After Autologous Chondrocyte Transplantation of the Knee." *Clinical Orthopaedics and Related Research*. May 2002.

Peterson, L., et al. "Autologous Chondrocyte Transplantation. Biomechanics and Long-Term Durability." *American Journal of Sports Medicine*. January-February 2002: 30(1):2-12.

Peterson, L., et al. "Treatment of Osteochondritis Dissecans of the Knee with Autologous Chondrocyte Transplantation Results at Two to Nine years." American Academy of Orthopaedic Surgeons 2001 Annual Meeting. February 28 - March 4, 2001.

Peterson, L., et al. "Durability of Autologous Chondrocyte Transplantation of the Knee." American Academy of Orthopaedic Surgeons 2000 Annual Meeting. March 15 - 19, 2000.

Seider, A., et al. "Articular Cartilage Lesions of the Knee in Patients Receiving Worker's Compensation: Effect of Autologous Chondrocyte Implantation on Costs and Return to Work Status." American Academy of Orthopaedic Surgeons 2001 Annual Meeting. February 28 - March 4, 2001.

## Statement of Benefit

This policy has been developed to assist in determining coverage for a particular service or supply. However, coverage decisions are subject to the terms and conditions of the member's specific contract. The contract language contains specific terms and conditions, including pre-existing conditions, limitations, exclusions, benefit maximums, eligibility, and other relevant terms and conditions of coverage. If there is a discrepancy between this policy and the contract language, the terms of the contract shall govern.

Health Net also reserves the right to amend these policies without notice to providers or members as medical procedures and services are subject of change based on current medical literature and standards of care.

Health Net does not provide or recommend treatment to members. Members should consult with their treating physician in connection with treatment decisions.