```
Court Name: United States District Court
Division: 4
Receipt Number: TUC012706
Cashier ID: gacuna
Transaction Date: 01/19/2010
Payer Name: PHILLIPS MOELLER AND CONWAY
-------------------------------------
CIVIL FILING FEES
 For: PHILLIPS MOELLER AND CONWAY
 Case/Party: D-AZX-4-10-CV-000035-001
 Amount:        $350.00
-------------------------------------
CHECKS
 Check/Money Order Num: 7382
 Amt Tendered:  $350.00
-------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


A fee of $45 will be assessed on
all returned remittances
```