IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH R. MOELLER,<br><br>         Plaintiff<br><br>vs.<br><br>HEALTH NET OF ARIZONA, INC.,<br>an Arizona corporation,<br><br>         Defendant. | No. CV 10-035 TUC RCC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation;

IT IS ORDERED that the within cause of action is dismissed in its entirety with prejudice, each party to bear its own fees and costs.

Dated this 20th day of May, 2010.

_____
Raner C. Collins
United States District Judge